**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**



**Dated: October 10, 2007**

*Craig A. Gargotta*

CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: BRIAN PAUL BUNGUM | § | CASE NO. 00-11216-FRM |
| dba Brian P Bungum DC | § | |
| fdba Brian P Bungum DCPC | § | |
| & Susanne Wetteskog Bungum | § | |
| Debtor(s) Name | § | |

### ORDER AUTHORIZING PAYMENT
### OF A DIVIDEND FROM UNCLAIMED FUNDS

At AUSTIN Division, in said District, came on to be considered the Application For Payment Of A Dividend From Unclaimed Funds by:

> NAME:     NCO FINANCIAL SYSTEMS, INC.
> ADDRESS:  c/o J Armstong Duffield
>           American Property Locators, Inc.
>           3855 S. Boulevard, Suite 200
>           Edmond, OK 73013-5499

Claimant, for payment of a dividend from unclaimed funds in the amount of $ 4,152.89

It appearing to the Court that the said claimant is entitled to receive payment of the dividend in the amount stated above, and

> that said funds are now on deposit in the United States Treasury, and that notice of the Application was given to the United States Attorney

**ORDERED** that the Clerk of Court direct issuance of a draft upon the United States Treasury in the amount stated above, payable to this claimant.

### ###